**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BARBARA ANN JACKSON,**

    Plaintiff,

vs                                                    Case No. 4:15cv491-RH/CAS[1]

**BANK OF AMERICA CORPORATION,
and DAVID H. ABRAMS,**

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

Plaintiff Barbara Ann Jackson is proceeding pro se and with in forma pauperis status in this case. She has filed a second amended complaint alleging "discriminatory financing" and "other discriminatory acts." ECF No. 7 at 3. ECF No. 5. The basis for the complaint is that when she requested unspecified documentation from Bank of America, the attorney for the Bank, Defendant David Abrams, "refused to provide" the documentation.

---

[1] This case was reassigned to District Judge Robert L. Hinkle. ECF No. 8. Plaintiff should note the different initials following the case number as shown above. The current and complete case number must be listed on any documents submitted in this case from this point forward.

*Id.* Plaintiff states her belief that "the requested information was not provided because of her race (African-American)." *Id.*

That is a conclusory assertion. No facts were alleged which provide a basis for Ms. Jackson's belief. In particular, the allegations are insufficient to state a discrimination claim because she does not allege that any persons outside her race were provided the same documents Ms. Jackson requested. Moreover, there are no facts alleged which demonstrate any discriminatory actions by Bank of America.

Ms. Jackson has already been provided several opportunities to submit a plausible complaint. ECF Nos. 4, 6. She was previously advised that she must clearly state the factual allegations which support her claims and she must specify how each named Defendant violated Federal Fair Housing laws or her constitutional rights. The second amended complaint remains insufficient and it does not appear that further opportunities to submit an amended complaint would be beneficial.

## RECOMMENDATION

It is, therefore, respectfully **RECOMMENDED** that Plaintiff's second amended complaint, ECF No. 7, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on January 14, 2016.

 s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**