# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BARBARA ANN JACKSON,

      Plaintiff,

v.                                                          CASE NO.  4:15cv491-RH/CAS

BANK OF AMERICA CORPORATION,
N.A., and LAW FIRM OF DAVID H. ABRAMS,
Bankruptcy Attorney,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9, and the objections, ECF No. 10.  I have reviewed *de novo* the issues raised by the objections.  The recommendation is for dismissal of the second amended complaint on the court's own motion.

A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these.  *See*, *e.g.*, *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006)

(unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983).   Here the plaintiff has been given notice through repeated orders and opportunities to amend.  And the report and recommendation gave the plaintiff another opportunity to be heard by filing objections.  The plaintiff filed objections and has been fully heard.

The report and recommendation correctly concludes that the second amended complaint fails to state a claim on which relief can be granted.  A plaintiff in a discrimination case need not allege details, but here the plaintiff has alleged only that an attorney—apparently her own prior attorney—did not provide information she requested, and that she believes she suffered discrimination by the attorney and a bank—apparently her mortgage lender.  The plaintiff has attached to her objections papers from her bankruptcy proceeding, but those papers include not a hint of discrimination.  In short, the plaintiff has alleged no facts plausibly suggesting she has suffered discrimination of any kind.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The plaintiff Barbara Ann Jackson's claims against the defendants Bank of America Corporation, N.A., and

the Law Firm of David H. Abrams are dismissed with prejudice." The clerk must

close the file.

SO ORDERED on January 25, 2016.

s/Robert L. Hinkle
United States District Judge